339 A.2d 760

**ESTATE of Margaret B. ROGERS, Deceased, by Robert W. Rogers, Executor**

**v.**

**George TARR et ux.**

Supreme Court of Pennsylvania.

Argued Oct. 4, 1974.

Decided July 7, 1975.

Jack H. France, Murphy & France, Charleroi, for appellant.

Paul N. Barna, Barna & Barna, Donora, for appellee.

Before EAGEN, J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Appeal quashed as interlocutory. *Reid v. Housing Authority of Pittsburgh*, 461 Pa. 470, 336 A.2d 882 (filed May 13, 1975); *Ridge Radio Corporation v. Glosser*, 417 Pa. 450, 208 A.2d 839 (1965).

Appellant to bear costs.

JONES, C. J., took no part in the consideration or decision of this case.